IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NUTRITION DEPOT,<br>　　　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 4:08-CV-02748 |
| DHL EXPRESS,<br>　　　　Defendant. | §<br>§<br>§ | |

## DEFENDANT'S AMENDED NOTICE AND CERTIFICATION OF PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned counsel of record for defendant DHL EXPRESS (USA), INC., hereby certifies that the parties named below have a direct, pecuniary interest in the outcome of the instant action. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The names of said parties are:

1. Tran Enterprises, LLC d/b/a Nutrition Depot
   c/o Lan Q. Ngo
   Ngo Law, PLLC
   9950 Westpark Dr., Suite 518
   Houston, Texas 77063
   Tel: (832) 242-2520
   Fax: (832) 242-2587

2. Deutsche Post World Net and DHL Express (USA), Inc.
   c/o Jessica S. Tung
   The Wong Law Office
   2425 Southmore Blvd.
   Houston, Texas 77004
   Tel: (713) 520-8822
   Fax: (713) 520-8585

Respectfully submitted,

By: _____
Jessica S. Tung
Texas Bar No. 24053524
Southern District Bar No: 738419
The Wong Law Office
2425 Southmore Blvd.
Houston, Texas 77004
Tel: (713) 520-8822
Fax: (713) 520-8585
Attorney for Defendant
DHL Express (USA), Inc.

## CERTIFICATE OF SERVICE

I certify that on December 2, 2008 a true and correct copy of Defendant's Amended Notice and Certification of Parties was served by facsimile transmission on Lan Q. Ngo at (832) 242-2587.

_____
Jessica S. Tung