**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TRAN ENTERPRISES, LLC d/b/a <br> NUTRITION DEPOT, <br><br> Plaintiff, <br><br> v. <br><br> DHL EXPRESS (USA), INC., <br><br> Defendant. | § <br> § <br> § <br> § <br> §   CIVIL ACTION NO. H-08-2748 <br> § <br> § <br> § <br> § <br> § |

**FINAL JUDGMENT**

Consistent with this court's rulings, DHL Express (USA), Inc. must pay Nutrition Depot $2,400.00 to satisfy the liability under the Carmack Amendment. The state-law claims are dismissed with prejudice.

This is a final judgment.

SIGNED on January 12, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge